AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| AMBER LANCASTER, BRITTANY CRIPLIVER, BROOKE TAYLOR JOHNSON, CIELO JEAN GIBSON, CORA SKINNER, GEMMA LEE FARRELL, HEATHER RAE YOUNG, IRINA VORONINA, et al<br><br>*Plaintiff(s)*<br><br>v.<br><br>THE BOTTLE CLUB, LLC, JLA INVESTMENT CORP., HEDONISM, INC. d/b/a EYZ WIDE SHUT and/or EYZ WIDE SHUT II, ANDREW HARROW, and SUSAN HARROW<br><br>*Defendant(s)* | Civil Action No. 8:17-cv-634-T-33-JSS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JLA INVESTMENT CORP.
ANDREW HARROW, Registered Agent
105 US HWY 301 SOUTH, STE 110
TAMPA, FL 33619

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Casas Law Firm, P.C.
Brickell Bayview Center
80 S.W. 8th Street, Suite 2000
Miami, FL 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAR 1 6 2017

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*