UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMBER LANCASTER, BRITTANY
CRIPLIVER, BROOKE TAYLOR
JOHNSON, CIELO JEAN GIBSON, CORA
SKINNER, GEMMA LEE FARRELL,
HEATHER RAE YOUNG, IRINA
VORONINA, JESSE GOLDEN, JESSA
HINTON, JOANNA KRUPA, KATARINA
VAN DERHAM, MAYSA QUY, PAOLA
CANAS, SANDRA VALENCIA, SARA
UNDERWOOD, TIFFANY SELBY,
TIFFANY TOTH, VIDA GUERRA and
KIM COZZENS,

    Plaintiffs,

v.                                       Case No: 8:17-cv-634-T-33JSS

ANDREW HARROW, SUSAN HARROW,
EYES WIDE SHUT, LLC, BYOB CLUB,
INC. and THE BOTTLE CLUB, LLC,

    Defendants.
_____/

**ORDER**

THIS MATTER is before the Court on Defendants' Consented Motion to Take Additional Depositions Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A) ("Motion"). (Dkt. 88.) The twenty plaintiffs in this case have all agreed to be deposed. (*Id.* ¶¶ 2–3.) Because deposing all of the plaintiffs exceeds Defendants' allotment of ten depositions, *See* Fed. R. Civ. P. 30(a)(2)(A)(i), Defendants seek permission to take these twenty depositions. However, because Plaintiffs stipulated to the requested depositions, leave of court is not required. *See Jones-Walton v. Villas at Lake Eve Condo. Ass'n, Inc.*, No. 615CV995ORL22TBS, 2017 WL 1653735, at *1–2 (M.D. Fla. May 2, 2017) ("Federal Rule of Civil Procedure 30(a)(2) provides that a party may not take more than ten depositions absent consent of the other parties or leave of court."); Fed. R. Civ. P.

30(a)(2) advisory committee's note to 1993 amendment (emphasis added) (explaining that Federal Rule of Civil Procedure 30(a)(2) "provides a limit on the number of depositions the parties may take, absent leave of court *or stipulation with the other parties*," and that "[o]ne aim of this revision is to assure judicial review under the standards stated in Rule 26(b)(2) before any side will be allowed to take more than ten depositions in a case *without agreement of the other parties*").

Although leave of court is not required given the parties' agreement to the requested depositions, Defendants' Consented Motion to Take Additional Depositions Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A) (Dkt. 88) is nonetheless **GRANTED**.

**DONE** and **ORDERED** in Tampa, Florida, on November 22, 2017.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record