UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMBER LANCASTER, BRITTANY
CRIPLIVER, BROOKE TAYLOR
JOHNSON, CIELO JEAN GIBSON, CORA
SKINNER, GEMMA LEE FARRELL,
HEATHER RAE YOUNG, IRINA
VORONINA, JESSE GOLDEN, JESSA
HINTON, JOANNA KRUPA, KATARINA
VAN DERHAM, MAYSA QUY, PAOLA
CANAS, SANDRA VALENCIA, SARA
UNDERWOOD, TIFFANY SELBY,
TIFFANY TOTH, VIDA GUERRA and
KIM COZZENS,

    Plaintiffs,

v.    Case No: 8:17-cv-634-T-33JSS

ANDREW HARROW, SUSAN HARROW,
EYES WIDE SHUT, LLC, BYOB CLUB,
INC. and THE BOTTLE CLUB, LLC,

    Defendants.
_____/

**ORDER**

THIS MATTER is before the Court on Plaintiffs' Motion to Compel Better Responses to Interrogatories and Request for Production of Documents (Dkt. 90) and Defendants' Motion to Compel Depositions (Dkt. 91). On December 20, 2017, the Court held a hearing on the motions during which the Court heard argument from the parties regarding the depositions and discovery requests at issue. For the reasons stated at the hearing, it is

**ORDERED**:

1. Plaintiffs' Motion to Compel Better Responses to Interrogatories and Request for Production of Documents (Dkt. 90) is **GRANTED** in part and **DENIED** in part. The motion is granted as to Requests for Production 1, 2, 3, 4, 6, 7, 9, 10, 11, 13, 19, 20,

23, and 24. Defendants shall provide amended responses and responsive documents by January 5, 2018. The motion is denied as to Interrogatories 2, 3, 14, and 15. The motion is denied with respect to Plaintiffs' request for costs and fees incurred in connection with the motion.

2. With regard to Interrogatory 14, Defendants shall make the documents referred to within their responses available for examination by Plaintiffs prior to January 12, 2018. Plaintiffs' counsel indicated that a third-party company ("company") will collect and examine the documents. The company shall sign the confidentiality agreement in effect between the parties prior to examining the documents. The company shall have no more than one week to examine and copy the documents, after which the documents shall be returned to Defendants.

3. Defendants' Motion to Compel Depositions (Dkt. 91) is **GRANTED** in part and **DENIED** in part. Plaintiffs shall appear for their depositions in California by video before the discovery deadline of January 12, 2018. Plaintiffs shall bear the burden of the costs for any electronic means used to conduct the depositions.

**DONE** and **ORDERED** in Tampa, Florida, on December 21, 2017.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record