UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMBER LANCASTER, BRITTANY CRIPLIVER, BROOKE TAYLOR JOHNSON, CIELO JEAN GIBSON, CORA SKINNER, GEMMA LEE FARRELL, HEATHER RAE YOUNG, IRINA VORONINA, JESSE GOLDEN, JESSA HINTON, JOANNA KRUPA, KATARINA VAN DERHAM, MAYSA QUY, PAOLA CANAS, SANDRA VALENCIA, SARA UNDERWOOD, TIFFANY SELBY, TIFFANY TOTH, VIDA GUERRA, and KIM COZZENS,

    Plaintiffs,

v.                                                         Case No: 8:17-cv-634-T-33JSS

ANDREW HARROW, SUSAN HARROW, EYES WIDE SHUT, LLC, BYOB CLUB, INC., and THE BOTTLE CLUB, LLC,

    Defendants.
_____/

## ORDER ON PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE

THIS MATTER is before the Court on Plaintiffs' Motion for Order to Show Cause ("Motion") (Dkt. 117). After a hearing on Plaintiffs' motion to compel (Dkt. 90), held on December 20, 2017, the undersigned entered an order directing Defendants to serve amended responses and responsive documents to Plaintiffs' Requests for Production numbers 1, 2, 3, 4, 6, 7, 9, 10, 11, 13, 19, 20, 23, and 24 on Plaintiffs by January 5, 2018 ("Order"). (Dkt. 100 ¶ 1.) In the Motion, Plaintiffs report that while Defendants Eyes Wide Shut, LLC and The Bottle Club, LLC have complied with the Order, Defendants Susan Harrow and Andrew Harrow have not. (Dkt. 117 at 3.)

Accordingly, it is **ORDERED** that Plaintiffs' Motion for Order to Show Cause (Dkt. 117) is **GRANTED**, and Defendants Susan Harrow and Andrew Harrow are **ORDERED** to **SHOW CAUSE** why they should not be held in contempt of court for not complying with the Order (Dkt. 100). The Harrows' responses to this Order to Show Cause are due no later than **January 18, 2018**.

**DONE** and **ORDERED** in Tampa, Florida, on January 11, 2018.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record